# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **QUIKTRIP CORPORATION, and QUIKTRIP WEST, INC.,** ) ) ) | **CASE NO. 8:07CV88** |
| **Plaintiffs,** ) ) | |
| ) | **ORDER** |
| V. ) ) | |
| **BUCKY'S EXPRESS, LLC,** ) ) | |
| **Defendant.** ) | |

IT IS ORDERED:

1. The Plaintiffs' Motion for an Expedited Hearing on Motion for Temporary Restraining Order (Filing No. 11) is granted; and

2. The hearing on the Plaintiffs' Motion for a Temporary Restraining Order is scheduled to commence at 1:30 p.m. on Thursday, March 29, 2007, before the undersigned in Courtroom No. 2, of the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 22nd day of March, 2007.

> BY THE COURT:
>
> s/Laurie Smith Camp
> United States District Judge