IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| QUIKTRIP CORPORATION, and QUIKTRIP WEST, INC., | ) ) ) | Case No. 8:07CV88 |
| Plaintiffs, | ) ) | ORDER ON MOTION TO SET BOND ON TEMPORARY RESTRAINING ORDER |
| v. | ) ) | |
| BUCKY'S EXPRESS, LLC, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiffs' Motion to Set Bond on Temporary Restraining Order. The Plaintiffs' request that a nominal bond be set, and they suggest an approximate amount of $500. The Defendant does not object to the motion. (Filing No. 31). Having been fully advised,

IT IS ORDERED:

1. The Plaintiffs' Motion to Set Bond on Temporary Restraining Order (Filing No. 30) is granted; and

2. Bond is set at the amount of $500, to be payable to the Clerk of the United States District Court.

Dated this 29th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge