IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **QUIKTRIP CORPORATION, and QUIKTRIP WEST, Inc.,** | ) ) ) | **CASE NO. 8:07CV88** |
| **Plaintiffs,** | ) ) | |
| | ) | **ORDER** |
| V. | ) ) | |
| **BUCKY'S EXPRESS, LLC,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' joint motion to continue the hearing on the Plaintiffs' Motion for Preliminary Injunction. The Court has reviewed the motion, and for good cause shown, the motion will be granted.

IT IS ORDERED:

1. The joint motion (Filing No. 38) is granted and the hearing scheduled for April 6, 2007 at 1:30 p.m., is cancelled;

2. The hearing on the Plaintiffs' motion for preliminary injunction is rescheduled to commence on Friday, April 27, 2007 at 1:30 p.m. before the undersigned in Courtroom No. 2., and

3. The temporary restraining order (Filing No. 29) shall remain in effect until the hearing on April 27, 2007.

DATED this 5th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge