IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| QUIKTRIP CORPORATION and, QUIKTRIP WEST, INC., | ) ) ) | Case No. 8:07CV88 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| BUCKY'S EXPRESS, LLC, | ) ) | |
| Defendant. | ) | |

Upon agreement reached during the August 2, 2007 settlement conference,

**IT IS ORDERED:**

1. On or before **August 23, 2007,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this August 3, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge