IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **QUIKTRIP CORPORATION, and QUIKTRIP WEST, Inc.,** | ) ) ) | **Case No. 8:07CV88** |
| Plaintiffs, | ) ) | |
| | ) | **ORDER RELEASING BOND** |
| V. | ) ) | |
| **BUCKY'S EXPRESS, LLC,** | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Joint Stipulation of Plaintiffs, QuikTrip Corporation and QuikTrip West, Inc. (collectively "QuikTrip"), and Defendant, Bucky's Express, LLC ("Bucky's), for the release of the $500.00 Cash Bond that QuikTrip deposited with the Clerk of the United States District Court for the District of Nebraska with respect to the Temporary Restraining Order entered against Bucky's. Having reviewed the stipulation, the Court finds that the cash bond should be released.

IT IS ORDERED:

1) The Joint Stipulation (Filing No. 63) is approved; and

2) The Clerk of the Court is directed to release to QuikTrip Corporation and QuikTrip West, Inc., or their counsel, the $500.00 cash bond that was deposited with the Court in connection with the Temporary Restraining Order.

DATED this 28th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge